In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for Ferry Purposes Near the Foot of State Street and Atlantic Avenue, Borough of Brooklyn.

UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Appellant; THE COMPTROLLER OF THE CITY OF NEW YORK, Respondent.

*Eminent domain — condemnation proceedings — New York city — interest on award for property taken for ferry purposes.*

*Matter of City of New York (Union Ferry Co.),* 219 App. Div. 831, affirmed.

(Argued March 29, 1927; decided May 3, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1927, which affirmed an order of Special Term denying an application for an order directing the comptroller of the city of New York to pay to the appellant herein an award in condemnation proceedings with interest from January 19, 1922, the date of the vesting of title. Respondents contend that interest ceased to run on November 2, 1925, six months after the entry of the final decree and did not recommence to run until August 27, 1926, when appellant's second demand was filed with the comptroller.

*Charles J. Nehrbas* and *James A. Lynch* for appellant.

*George P. Nicholson,* Corporation Counsel (*Henry W. Mayo* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Not sitting: O'BRIEN, J.